# EXHIBIT 11
Invoice dated May 8, 2013

MELVIN L. TUCKER
Criminal Justice & Security Consultant
5929 Fordland Drive
Raleigh, North Carolina 27606

mtucker50@nc.rr.com
www.policeproceduresexpert.com

Toll Free: 877-587-1902     Tel: 919-851-6860     Fax: 919-851-6861

---

# INVOICE

May 8, 2013

James H. Locus, Jr.
P.O. Box 331
Fayetteville, NC 28302-0331

    Re:    <u>Johnson vs. City of Fayetteville</u>

Fee for deposition in above referenced matter:

Deposition to be taken in Raleigh, North Carolina on
May 23, 2013................................................................................$1,500.00

Total due........................................................................................$1,500.00

*[signature]*

Melvin L. Tucker
SSAN 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