IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CV-456-F

| | |
|---|---|
| DARWIN JOHNSON, et al., ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| CITY OF FAYETTEVILLE; et al., ) | |
| Defendants. ) | |

In an order filed on December 11, 2014 [DE-317], the court allowed in part and denied in part various motions to seal filed by the parties in this action, but allowed the parties to file a renewed motion to seal within ten 10 days. Both the Plaintiffs and Defendants City of Fayetteville, Shane Koehler, Jennifer L. Rodriguez, Phyllis Jernigan, Thomas Bergamine, Kevin Croyle, and Dale Iman (the City Defendants) have filed renewed motions to seal [DE-319; DE-322]. For the reasons set forth below, these motions are allowed.

Both parties ask that the court maintain certain documents under seal, while allowing the parties to file publicly available versions of the documents with personal data identifiers redacted. No party to this action, or member of the public has opposed these motions. For good cause shown, the motions [DE-319; DE-322] are ALLOWED.

The Clerk of Court is DIRECTED to maintain the following documents under seal:

(1) Certain Exhibits to Plaintiffs' Opposition to Defendant Heather St. John's Motion for Partial Summary Judgment [DE-219-2; DE-219-9; DE-219-15; DE-219-16; DE-219-17; DE-219-26];

(2) Exhibit C to City Defendants' Response to Plaintiffs' Fourth Motion to Compel [DE-229-1];

(3) Certain Documents file by Plaintiffs in connection with Plaintiffs' Motion for Partial Summary Judgment [DE-236-1; DE-236-2; DE-236-4];

(4) Certain Exhibits to the Fifteenth Declaration of Christopher Thomas [DE-244-1; DE-244-2; DE-244-4; DE-244-11; DE-244-12; DE-244-14 through DE-244-16];

(5) Exhibit Thirteen to the Sixteenth Declaration of Christopher Thomas [DE-247-7]

(6) Certain Exhibits to the Second Declaration of Stacy Marie Smith [DE-248-7 through DE-248-9; DE-248-11; DE-248-13 through DE-248-15; DE-248-17; DE-248-18];

(7) Certain Exhibits to the Seventeenth Declaration of Christopher M. Thomas [DE-259-5; DE-259-7];

(8) Certain Exhibits to Plaintiff's Memorandum in Opposition to the City Defendants' Motion for Summary Judgment [DE-263-1 through DE-263-5; DE-263-21 through DE-263-25];

(9) Certain Exhibits to the Declaration and Depositions of Darwin Johnson [DE-266-5; DE-266-6; DE-266-7; DE-266-8].

The Clerk of Court is DIRECTED to unseal all other provisionally sealed documents.

SO ORDERED. This the 28 day of January, 2015.

*James C. Fox*
James C. Fox
Senior United States District Judge