IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:12-cv-00456-F

| | |
|---|---|
| DARWIN JOHNSON, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SHANE KOEHLER, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | **ORDER GRANTING DEFENDANT SHANE KOEHLER'S MOTION TO SEAL PROPOSED ORDER AUTHORIZING RELEASE OF DISABILITY CLAIMS RECORDS** |

Before the Court is Defendant Shane Koehler's ("Defendant Koehler's") Motion to Seal the Proposed Order Authorizing Release of Disability Claims Records (the "Proposed Order"). (DE 353). Having reviewed Defendant Koehler's Motion, the Court FINDS that the Proposed Order contains Plaintiff Darwin Johnson's date of birth and social security number and that such information constitutes personal, identifying information. The Court further FINDS that such personal identifiers must be sealed pursuant to Federal Rule of Civil Procedure 5.2.

In light of the foregoing and because the alternatives to sealing are inadequate and the requirements of the Court's Policy Manual have been met, the Court GRANTS Defendant Koehler's Motion to Seal and HEREBY ORDERS THAT the Proposed Order shall remain under seal.

This the 14 day of May, 2015.

Robert B. Jones, Jr.
US Magistrate Judge