UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CV-456-F

| DARWIN JOHNSON, et al., | ) |
| Plaintiffs, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| CITY OF FAYETTEVILLE, et al., | ) |
| Defendants. | ) |

On the response from Plaintiff LaTonja Johnson [DE-369] to this court's May 27, 2015 Order [DE-367], it hereby is ORDERED that Defendant Heather St. John's Motion to Sever and Remand [DE-344] is ALLOWED, and the state law negligence claim asserted by Plaintiff LaTonja Johnson is SEVERED and REMANDED to the North Carolina General Court of Justice, Superior Court Division, Cumberland County.[1]

SO ORDERED. This the 2 day of June, 2015.

James C. Fox
Senior United States District Judge

---

[1] The court recognizes that Defendant St. John requested that the claim be remanded to the District Court Division. The matter, however, was removed from the Superior Court Division, and the court is unaware of authority allowing it to remand to a separate division of the state court, other than the one from which it was removed.